**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**INDIA LETCHER-DUGAT** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 5:26-CV-656-DCB-RPM**

**NATCHEZ NEWSPAPER, INC., ET AL.** **DEFENDANTS**

# ORDER

Before the Court are several motions filed by the parties. Defendants have filed a Motion to Dismiss [ECF No. 3], and Plaintiff has filed a Motion to Remand [ECF No. 7]. Plaintiff has also filed a "Renewed Request for an Award of Just Costs and Actual Expenses" [ECF No. 13], with a supporting Declaration. See [ECF No. 18].

Because Defendants agree that remand is warranted under 28 U.S.C. § 1441(b), see [ECF No. 16] at 1, the Motion to Remand [ECF No. 7] is hereby granted. Consequently, the Court is without jurisdiction to consider Defendants' Motion to Dismiss [ECF No. 3], and it is hereby denied without prejudice. Defendants have paid Plaintiff the costs she initially requested, thus the Court finds that her "Renewed Request" [ECF No. 13] is moot.

Accordingly, this action is hereby remanded to the Circuit Court of Adams County, Mississippi.

SO ORDERED AND ADJUDGED, this 20th day of August, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE